No. 8845. WILLIAM MAGELSSEN, Plaintiff & Respondent, *v.* TED BIRKREM, Defendant & Appellant.

Decided November 4, 1948.

## ORDER

Pursuant to Praecipe of Appellant for dismissal filed herein, the appeal is dismissed.

Dated this *4th day of November, 1948.*

HUGH ADAIR, Chief Justice.

*Messrs. Farr & Colgrove* of Miles City, for Appellant.

*Mr. James F. Walsh* and *Mr. F. F. Haynes,* both of Forsyth, for Respondent.

No. 8856. ALICE MYRTLE GRAVELEY, Appellant, *v.* DANIEL MARVIN GRAVELEY, Respondent.

Decided November 5, 1948.

## ORDER

Pursuant to appellant's praecipe.

It Is Hereby Ordered that the above entitled appeal be dismissed.

Done this *5th day of November, 1948.*

HUGH ADAIR, Chief Justice.

*Mr. W. E. Keeley* and *Mr. Joseph A. McElwain* of Deer Lodge for Appellant.

*Mr. S. P. Wilson* of Deer Lodge and *Messrs. Loble & Loble* of Helena for Respondent.